## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

## BRUNSON ROBERTS
## ADC # 127841                                                        PLAINTIFF

v.                              No. 5:12-cv-188-DPM-HDY

## JOHN HERRINGTON; LEVENGOOD;
## RAY HOBBS; RAYMOND NAYLOR;
## G. LAY; M. WARNER; V. ROBERTSON;
## J. HOLSTEAD; T. GIBSON;
## FITZPATRICK; and JOHN DOES                              DEFENDANTS

### ORDER

No one has objected to Magistrate Judge Young's proposed findings and

recommendations. *Document No. 5*. The Court has therefore reviewed them

for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory

committee notes to 1983 addition), and for legal error. Finding neither, the

Court adopts Judge Young's proposed findings and recommendations in their

entirety. Any claim not related to the alleged excessive-force incident on 30

December 2011 is dismissed without prejudice, including claims against Ray

Hobbs, Raymond Naylor, G. Lay, M. Warner, V. Robertson, and J. Holstead.

So Ordered.

D.P. Marshall Jr.
United States District Judge

29 June 2012