IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC # 127841                                                                                    PLAINTIFF

v.                              No. 5:12-cv-188-DPM-HDY

JOHN HERRINGTON; LEVENGOOD;
RAY HOBBS; RAYMOND NAYLOR;
G. LAY; M. WARNER; V. ROBERTSON;
J. HOLSTEAD; T. GIBSON;
FITZPATRICK; and JOHN DOES                                                      DEFENDANTS

ORDER

No one has objected to Magistrate Judge Young's proposed findings and recommendations. *Document No. 5.* The Court has therefore reviewed them for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error. Finding neither, the Court adopts Judge Young's proposed findings and recommendations in their entirety. Any claim not related to the alleged excessive-force incident on 30 December 2011 is dismissed without prejudice, including claims against Ray Hobbs, Raymond Naylor, G. Lay, M. Warner, V. Robertson, and J. Holstead.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

29 June 2012