IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC # 127841                                                                                   PLAINTIFF

v.                              No. 5:12-cv-188-DPM-HDY

JOHN HERRINGTON; BRIAN LEVENGOOD;
RAY HOBBS; RAYMOND NAYLOR;
G. LAY; M. WARNER; V. ROBERTSON;
J. HOLSTEAD; TINA GIBSON; MERLIN
FITZPATRICK; and JOHN DOES                                                    DEFENDANTS

ORDER

The Court has reviewed Magistrate Judge Young's Proposed Findings and Recommendations, *Document No. 19*, Roberts's objections, *Document No. 20*, and a response from Defendants Herrington, Fitzpatrick, Gibson, and Levengood, *Document No. 21*. After carefully considering the responses and making a *de novo* review of the record in this case, the Court adopts the Proposed Findings and Recommendations as its own. FED. R. CIV. P. 72(b)(3). The John Does are dismissed from this action without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17 Dec 2012_