IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUNSON ROBERTS**
**ADC # 127841**                                                                                        **PLAINTIFF**

v.                       No. 5:12-cv-188-DPM-HDY

**JOHN HERRINGTON; BRIAN LEVENGOOD;**
**RAY HOBBS; RAYMOND NAYLOR;**
**G. LAY; M. WARNER; V. ROBERTSON;**
**J. HOLSTEAD; TINA GIBSON; MERLIN**
**FITZPATRICK; and JOHN DOES**                     **DEFENDANTS**

### ORDER

Roberts moves to dismiss all his claims against Fitzpatrick and Gibson, acknowledging no exhaustion. Magistrate Judge Deere recommends a grant, *Document No. 35*, and no one has objected. Motion, *Document No. 34*, granted. All Roberts's claims against Merlin Fitzpatrick and Tina Gibson are dismissed without prejudice

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 April 2013