IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC # 127841                                                                    PLAINTIFF

v.                          No. 5:12-cv-188-DPM-HDY

JOHN HERRINGTON, Sergeant, Cummins
Unit, ADC; and BRIAN LEVENGOOD, Sergeant,
Cummins Unit, ADC                                                              DEFENDANTS

ORDER

Motion to continue, № 48, granted for good cause. The Final Scheduling Order is suspended. Trial is re-set for 15 December 2014. An Amended Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 December 2013