IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS,
ADC #127841                                                                               PLAINTIFF

No. 5:12-cv-188-DPM

JOHN HERRINGTON and
BRIAN LEVENGOOD                                                                    DEFENDANTS

ORDER

This case is scheduled for a jury trial on Monday, 15 December 2014, at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is directed to ensure the attendance of Plaintiff Brunson Roberts (ADC #127841), Varner SuperMax Unit, at 8:15 a.m. on 15 December 2014 and each day thereafter until completion of the trial.

The Arkansas Department of Correction is further directed to send with Plaintiff his complete institutional and medical files.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 November 2014