IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUNSON ROBERTS
ADC # 127841**                                                              **PLAINTIFF**

v.                        No. 5:12-cv-188-DPM

**JOHN HERRINGTON, Sergeant, Cummins
Unit, ADC; and BRIAN LEVENGOOD, Sergeant,
Cummins Unit, ADC**                                                   **DEFENDANTS**

### ORDER

The Court appreciates the parties' proposed jury instructions and pre-trial filings. The Court is attaching its current working drafts of the preliminary instructions, the final instructions, and the verdict forms.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2014