# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BRUNSON ROBERTS**
**ADC #127841**                                                                    **PLAINTIFF**

v.                          No. 5:12-cv-188-DPM

JOHN HERRINGTON, Sergeant, Cummins Unit, ADC;
BRIAN LEVENGOOD, Sergeant, Cummins Unit, ADC;
RAY HOBBS, Director, ADC; RAYMOND NAYLOR, Disciplinary
Administrator, ADC; G. LAY, Warden, Cummins Unit, ADC;
M. WARNER, Warden, Cummins Unit, ADC;
V. ROBERTSON, Major of Security, Cummins Unit, ADC;
J. HOLSTEAD, Corporal, Cummins Unit, ADC;
TINA GIBSON, Sergeant, Cummins Unit, ADC;
MERLIN FITZPATRICK, Lieutenant, Cummins Unit, ADC;
 and JOHN DOES, Cummins Unit, ADC                                **DEFENDANTS**

## JUDGMENT

1. Brunson Roberts's excessive-force claims were tried to a twelve-person jury from 15 to 16 December 2014. After deliberations, on December 16th the jury returned two unanimous verdicts. *See attached.* The jury found for John Herrington and for Brian Levengood on Roberts's claims against each of them. Roberts's excessive-force claims against Herrington are dismissed with prejudice. Roberts's excessive-force claims against Levengood are dismissed with prejudice.

2. Roberts also brought claims against Hobbs, Naylor, Lay, Warner,

Robertson, and Holstead that were unrelated to his excessive-force claims. Those claims are dismissed without prejudice. № 8. Roberts's excessive-force claims against Gibson and Fitzpatrick are dismissed without prejudice for failure to exhaust. № 36. Roberts's claims against the John Does for violating prison policies are dismissed without prejudice. № 22.

*D.P. Marshall Jr.*
United States District Judge

17 December 2014

**VERDICT NO. 1**

1. On Brunson Roberts's excessive force claim against John Herrington, as submitted in Instruction No. 9, we find for:

   _____ Brunson Roberts          \_\_✓\_\_ John Herrington

**If you found for Roberts on Question 1, then answer Question 2. If you found for Herrington on Question 1, your deliberations on Herrington are done. Do not answer Question 2.**

2. We find Brunson Roberts's damages to be $ _____
   (state the amount, or if you find that Roberts's damages have no monetary value, put $1.00).


_Keith Enamiak_ (signature)          Dec 16, 2014
Foreperson                            Date


Court's Final Verdict Forms -        *Roberts v. Herrington, et al.*
16 December 2014                     5:12-cv-206-DPM

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
DEC 16 2014
IN OPEN COURT
JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

**VERDICT NO. 2**

1. On Brunson Roberts's excessive force claim against Brian Levengood, as submitted in Instruction No. 10, we find for:

   _____ Brunson Roberts        ___✓___ Brian Levengood

**If you found for Roberts on Question 1, then answer Question 2. If you found for Levengood on Question 1, your deliberations on Levengood are done. Do not answer Question 2.**

2. We find Brunson Roberts's damages to be $ _____
   (state the amount, or if you find that Roberts's damages have no monetary value, put $1.00).


_Keith Emanuel_ (signature)        _Dec 16, 2014_
Foreperson                          Date


Court's Final Verdict Forms -         *Roberts v. Herrington, et al.*
16 December 2014                      5:12-cv-206-DPM