IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUNSON ROBERTS**
**ADC # 127841**                                                                    **PLAINTIFF**

v.                                    No. 5:12-cv-188-DPM

**JOHN HERRINGTON, Sergeant, Cummins**
**Unit, ADC; and BRIAN LEVENGOOD, Sergeant,**
**Cummins Unit, ADC**                                                          **DEFENDANTS**

### ORDER

Having well and faithfully discharged his duties, Christopher Heil is relieved as appointed counsel for Roberts with the Court's thanks. Any request for reimbursement of counsel's out-of-pocket expenses is due by 5 January 2015.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2014