IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUNSON ROBERTS**
**ADC # 127841**                                                                       **PLAINTIFF**

v.                          No. 5:12-cv-188-DPM

**JOHN HERRINGTON, Sergeant, Cummins**
**Unit, ADC; and BRIAN LEVENGOOD, Sergeant,**
**Cummins Unit, ADC**                                                              **DEFENDANTS**

### ORDER

Appointed counsel's motion for reimbursement of out-of-pocket expenses, № 75, is granted in full. LOCAL RULE 83.6(5) and Exhibit A. The various expenses incurred were reasonable and necessary to the zealous prosecution of the case. The Court has consulted the Clerk, and the Library Fund can afford to reimburse these expenses. The Court directs the Clerk to do so and to put a copy of this Order and № 75 in the Library Fund file maintained by the Clerk.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 December 2014